WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HOLT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; NATIONAL DEFAULT SERVICING CORP.; and DOES individuals 1 to 100, Inclusive; and ROES Corporations1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>Defendants. | Case No.: 2:11-cv-01984<br><br>**ORDER GRANTING DEFENDANTS WELLS FARGO BANK, N.A.'S MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS** |

Pending before the Court Defendants Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint (Docket No. 5), and Motion to Expunge Lis Pendens (Docket No. 7) the Court having reviewed the pleadings and papers on file, being fully advised in the premises, having heard the arguments of counsel, and good cause appearing therefore,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss
2  and Expunge Lis Pendens is granted based on E.D.C.R. 2.20(b) and the merits and the Complaint
3  is hereby dismissed pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief
4  can be granted.

5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Notice Of
6  Pendency of Action or Lis Pendens' recorded by Plaintiff on September 29, 2011 bearing
7  Instrument Number 201109290003378 in the Official Records of Clark County Nevada, relating
8  to this action and the real property that is the subject of this action, located at 2259 Buckingham
9  Court, Henderson, NV 89074 (hereinafter "Property") legally described as:

> THE FOUNTAINS UNIT NO.2, PLAT BOOK 41, PAGE 49, LOT 64, BLOCK 02 AND BY CERTIFICATE OF RECORD ON 8/09/2001 IN BOOK 20010809 AS INST. NO. 01389 ALL IN THE OFFICE OF THE COUNTY RECORDER FOR CLARK COUNTY, NEVADA, A.P.N. 178-07-711-012,

12  is hereby cancelled, and this cancellation shall have the effect of an expungement of it
13  and it shall have from this day forward have no force or effect.

14  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to NRS
15  14.015(5), Plaintiff shall record a copy of this Order (or other appropriate notice) canceling the
16  Notices of Pendency of Action or Lis Pendens', with the Clark County Recorder's Office within
17  five business days of its entry, and if there is a failure to do so, any party may record a copy of
18  this Order.

20  DATED this 12th day of January, 2012.

UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

WRIGHT, FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants, Wells Fargo Bank, N.A.*