1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                              **DISTRICT OF NEVADA**
6
7    RODNEY HOLT,                      )
8                   Plaintiff,         )         Case No.  2:11-cv-01984-PMP-CWH
                                       )
9    vs.                               )         **ORDER**
                                       )
10   WELLS FARGO BANK, N.A., *et al.*, )
                                       )
11                  Defendants.        )
     _____)
12
13        This matter is before the Court on Plaintiff Rodney Holt's Proposed Discovery Plan and
14   Scheduling Order (#41) filed January 31, 2012.  Defendant Wells Fargo previously submitted a
15   Proposed Discovery Plan (#38) on January 27, 2012..  Neither Defendant nor Plaintiff were
16   signatories to the other's plans.  Upon reviewing Defendant's Proposed Discovery Plan, this Court
17   denied the proposed discovery dates and entered a standard 180-day discovery schedule.  *See* Dkt.
18   No. 39, filed January 30, 2012.  The Court's Scheduling Order was in effect at the time Plaintiff
19   filed his proposed order.  As such, the dates entered by the Court will control discovery.
20        Any extension of the discovery deadline will not be allowed without a showing of good
21   cause as to why all discovery was not completed within the time allotted.  All motions or
22   stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to
23   expiration of the subject deadline.
24     Accordingly,
25        **IT IS ORDERED** that the Plaintiff's Proposed Discovery Plan and Scheduling Order (#41)
26   is **denied as moot.**
27        DATED this 1st day of February, 2012.
28

1

2

3   _____
    C.W. Hoffman, Jr.
4   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28