# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY HOLT,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A., *et al.*,

        Defendants.

Case No.  2:11-cv-01984-PMP-CWH

**ORDER**

This matter is before the Court on Plaintiff Rodney Holt's Proposed Discovery Plan and Scheduling Order (#41) filed January 31, 2012.  Defendant Wells Fargo previously submitted a Proposed Discovery Plan (#38) on January 27, 2012..  Neither Defendant nor Plaintiff were signatories to the other's plans.  Upon reviewing Defendant's Proposed Discovery Plan, this Court denied the proposed discovery dates and entered a standard 180-day discovery schedule.  *See* Dkt. No. 39, filed January 30, 2012.  The Court's Scheduling Order was in effect at the time Plaintiff filed his proposed order.  As such, the dates entered by the Court will control discovery.

Any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted.  All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to expiration of the subject deadline.

 Accordingly,

**IT IS ORDERED** that the Plaintiff's Proposed Discovery Plan and Scheduling Order (#41) is **denied as moot.**

DATED this 1st day of February, 2012.

 

                                                                        _____
C.W. Hoffman, Jr.
United States Magistrate Judge