UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY HOLT,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>NATIONAL DEFAULT SERVICING<br>CORP.<br><br>    Defendants. | 2:11-CV-01984-PMP-CWH<br><br>**ORDER** |

On February 15, 2012 the Court conducted a hearing regarding several motions pending in this case, including Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint (Doc. #5) and Motion to Expunge Lis Pendens (Doc. #7) and Defendant National Default Servicing Corporation's Motion to Dismiss (Doc. #12). Having considered the arguments of the Parties presented at the hearing and on the papers filed, and for the reasons stated by Defendants therein, the Court finds that Defendants are entitled to the relief requested.

Plaintiff's Complaint is essentially based on an alleged oral contract that is unenforceable under the Statute of Frauds. N.R.S. §§ 111.205 and 111.210. Simply put, although Plaintiff clearly disagrees with the wisdom of Defendants' decision to not modify his mortgage loan or permit a tendered "short sale," Plaintiff nonetheless fails to state claims upon which relief can be granted before this Court.

/ / /

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint (Doc. #5) and to Expunge Lis Pendens (Doc. #7) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant National Default Servicing Corporation's Motion to Dismiss (Doc. #12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Doc. #13) and Plaintiff's Emergency Motion for Declaratory Relief (Doc. #32) are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: February 17, 2012.

_____
PHILIP M. PRO
United States District Judge