WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HOLT, an individual | Case No.: 2:11-cv-01984 |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS WELLS FARGO BANK, N.A.'S MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS** |
| WELLS FARGO BANK, N.A.; NATIONAL DEFAULT SERVICING CORP.; and DOES individuals 1 to 100, Inclusive; and ROES Corporations1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto, | |
| Defendants. | |

Pursuant to this honorable Court's Order entered February 21, 2012, Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint (Docket No. 5),and Motion to Expunge Lis Pendens (Docket No. 7), and National Default Servicing Corporations Motion to Dismiss (Docket No. 12) the Court having reviewed the pleadings and papers on file, being fully advised in the premises, having heard the arguments of counsel, and good cause appearing therefore, finds that Defendants are entitled to the relief requested.

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to

2    Dismiss and Expunge Lis Pendens is pursuant to F.R.C.P. 12(b)(6) for failure to state a claim

3    upon which relief can be granted.

4    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Docket No. 13) and

5    Plaintiff's Emergency Motion for Declaratory Relief (Docket No. 32) are DENIED.

6    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Notice Of

7    Pendency of Action or Lis Pendens' recorded by Plaintiff on September 29, 2011 bearing

8    Instrument Number 201109290003378 in the Official Records of Clark County Nevada, relating

9    to this action and the real property that is the subject of this action, located at 2259 Buckingham

10   Court, Henderson, NV 89074 (hereinafter "Property") legally described as:

11   THE FOUNTAINS UNIT NO.2, PLAT BOOK 41, PAGE 49, LOT 64, BLOCK 02
     AND BY CERTIFICATE OF RECORD ON 8/09/2001 IN BOOK 20010809 AS INST.

12   NO. 01389 ALL IN THE OFFICE OF THE COUNTY RECORDER FOR CLARK
     COUNTY, NEVADA, A.P.N. 178-07-711-012,

13   is hereby cancelled, and this cancellation shall have the effect of an expungement

14   pursuant to NRS 14.015 and from this day forward have no force or effect.

15   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS

16   14.015(5), Plaintiff shall record a copy of this Order (or other appropriate notice) canceling the

17   Notices of Pendency of Action or Lis Pendens', with the Clark County Recorder's Office within

18   five business days of its entry, and if there is a failure to do so, any party may record a copy of

19   this Order.

20

21   DATED this _27th day of February, 2012.

22   _____
     UNITED STATES DISTRICT COURT JUDGE

23   SUBMITTED BY:

24   WRIGHT, FINLAY & ZAK, LLP

25   _____
     Donna M. Osborn, Esq.

26   Nevada Bar No. 006527

27   5532 South Fort Apache Road, Suite 110
     Las Vegas, NV 89148

28   *Attorneys for Defendants, Wells Fargo Bank, N.A.*