UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY HOLT,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>NATIONAL DEFAULT SERVICING CORP.<br><br>        Defendants. | 2:11-CV-01984-PMP-CWH<br><br>**ORDER** |

       Having read and considered Plaintiff's fully briefed Motion to Reconsider Order on Motion to Dismiss (Doc. #54) filed March 8, 2012, and good cause appearing,

       **IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider (Doc. #54) is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge