1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RODNEY HOLT,                          )
                                      )          2:11-CV-01984-PMP-CWH
              Plaintiff,              )
                                      )
vs.                                   )          **ORDER**
                                      )
WELLS FARGO BANK, N.A.;               )
NATIONAL DEFAULT SERVICING            )
CORP.                                 )
                                      )
              Defendants.             )
                                      )

     Having read and considered Plaintiff's fully briefed Motion to Reconsider Order on Motion to Dismiss (Doc. #54) filed March 8, 2012, and good cause appearing,

     **IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider (Doc. #54) is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge